# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LUIS GALEGO,
    #92606

    Plaintiff,

vs.

JOHN SCOTT, *et al.*,

    Defendants.

3:09-cv-00469-LRH-RAM

**ORDER**

On March 27, 2010, the court dismissed this action with prejudice (docket #4), judgment was entered by the Clerk on March 30, 2010 (docket #5), and the U.S. Court of Appeals for the Ninth Circuit dismissed plaintiff's appeal on October 13, 2010 (docket #20). Accordingly, all outstanding motions are denied as moot.

**IT IS THEREFORE ORDERED** that the following motions: motion to reopen case (docket #7); motion for leave to proceed *in forma pauperis* on appeal (docket #10); motion-request for relief (docket #13); two motions for appointment of counsel (docket #18 and #19); and motion to extend prison copywork limit (docket #21) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed case. Any such documents shall be returned, unfiled, to plaintiff.

DATED this 10th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE